IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| RICHARD BURKHART,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CASCADE COUNTY, CITY OF GREAT FALLS, STATE OF MONTANA, and JOHN CAMERON,<br><br>　　　　Defendants.<br><br>and<br><br>CASCADE COUNTY; CITY OF GREAT FALLS,<br><br>　　　　Third-Party Plaintiffs,<br><br>　vs.<br><br>MICHAEL STALEY,<br><br>　　　　Third-Party Defendant. | CV-19-27-GF-BMM<br><br><br>Order |

Defendant State of Montana and Defendant Cascade County filed separate motions to dismiss. (Docs. 36 & 38.) Plaintiff Richard Burkhart ("Burkhart") opposed the motions. (Doc. 51.) Burkhart also filed a motion to strike Defendants'

1

third-party complaints. (Doc. 42.) Defendants opposed Burkhart's motion. (Docs. 46, 52, 53.) The Court conducted a hearing on the motions on October 3, 2019. (Doc. 59.)

For the reasons stated in open Court, **IT IS ORDERED** that:

1. Defendant State of Montana's Motion to Dismiss (Doc. 36) is **DENIED.**

2. Defendant Cascade County's Motion to Dismiss (Doc. 38) is **DENIED.**

3. Plaintiff Richard Burkhart's Motion to Strike Defendants' Third-Party Complaints (Doc. 42) is **DENIED.**

DATED this 3rd day of October, 2019.

Brian Morris
United States District Court Judge