# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| RICHARD BURKHART,<br><br>Plaintiff,<br><br>vs.<br><br>CASCADE COUNTY, CITY OF GREAT FALLS, STATE OF MONTANA, and JOHN DOES I-V,<br><br>Defendants. | Cause No. 19-27-GF-BMM-JTJ<br><br>**AMENDED ORDER EXTENDING MOTIONS DEADLINE** |

Plaintiff has moved to extend the motions deadline to March 26, 2021. Plaintiff states that because discovery currently closes only two weeks before motions for summary judgment would be due under the current scheduling order. Moving the deadline will allow the parties sufficient time to complete discovery and prepare their motions for summary judgment. Since the trial is not scheduled to start until June 29, 2021, the amendment should not affect the trial date.

1

Good cause exists for this motion. Therefore, IT IS ORDERED that the current deadline for motions is extended to March 26, 2021. All other deadlines remain the same.

DATED this <u>21st</u> day of December, 2020.

_____
Brian Morris, Chief District Judge
United States District Court

2