# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| RICHARD BURKHART,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CASCADE COUNTY, CITY OF GREAT FALLS, STATE OF MONTANA, and JOHN CAMERON,<br><br><br>　　　　Defendants. | Cause No. CV-19-027-GF-BMM<br><br><br><br><br>**ORDER ON MOTION TO EXTEND MOTION IN LIMINE DEADLINE** |
| CASCADE COUNTY, CITY OF GREAT FALLS and STATE OF MONTANA,<br><br>　　　　Third-Party Plaintiffs,<br><br>　v.<br><br>MICHAEL STALEY,<br><br>　　　　Third-Party Defendant. | |

　　　Plaintiff has moved to extend the motions deadline to April 2, 2021. Plaintiff states that because of the number of briefs, and overlapping deadlines for summary judgment and motions in limine, an extra week is necessary to file motions in limine.

1

Moving the deadline will allow the parties sufficient time to file the requisite, without affecting the trial date.

Good cause exists for this motion. Therefore, IT IS ORDERED that the current fully briefed deadline for motions in is limine is extended to April 2, 2021. All other deadlines remain the same.

DATED this 9th day of March, 2021.

_____
Brian Morris, Chief District Judge
United States District Court