IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| RICHARD BURKHART,<br><br>    Plaintiff,<br><br>v.<br><br>CASCADE COUNTY, CITY OF GREAT FALLS, STATE OF MONTANA, and JOHN CAMERON,<br><br>    Defendants. | Cause No. CV-19-027-GF-BMM<br><br>**ORDER ON**<br>**MOTION TO FILE UNDER SEAL** |
| CASCADE COUNTY, CITY OF GREAT FALLS and STATE OF MONTANA,<br><br>    Third-Party Plaintiffs,<br><br>v.<br><br>MICHAEL STALEY,<br><br>    Third-Party Defendant. | |

On Plaintiff's motion to file certain documents under seal, and for good cause appearing,

IT IS ORDERED that plaintiff may file Exhibits 11, 12 and 13, attached to his statement of disputed facts under Seal

**DATED** this 29th day of March, 2021.

_____
Brian Morris, Chief District Judge
United States District Court